[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 11-15013
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 12, 2012
JOHN LEY
CLERK

D.C. Docket No. 1:11-cr-00157-CG-C-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JACOB ALLEN BROOKS,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Southern District of Alabama

_____

(June 12, 2012)

Before MARTIN, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

Richard E. Shields, appointed counsel for Jacob Allen Brooks in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant. To that end, Shields filed a brief pursuant to Anders v. California, 386

U.S. 738, 87 S. Ct. 1396 (1967). Our independent review of the entire record confirms that this appeal lacks any issue that is arguable on the merits. Counsel's motion to withdraw is therefore **GRANTED**, and Brooks's conviction and sentence are **AFFIRMED**.